IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| VS. | : | |
| CHRISTIAN GONZALEZ | : | NO. 08-cr-406<br>10-cv-2689 |

**ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 14 day of Jan, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition to vacate, set aside or correct her federal sentence, filed under 28 U.S.C. § 2255 is DENIED; and

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.